*** Filed *** 06:35 PM, 07 Aug, 2026 U.S.D.C., Eastern District of New York

**Overview of my experience at Grant Associates**

I officially started my job in February 2022, filled with excitement and anticipation. However, before I even had my first day, the director Sharon made a comment that made me feel uneasy. She expressed her hope that she was making the right decision to bring me on, all because I had inquired about the parking arrangement. She called me incessantly prior to my start date at peculiar hours. I can recall I was driving from an errand she called me around 7:15pm way after business hours. Which to me was quite odd and simply concerning because this was not an experience, I was accustomed to from a prospective employer. It made me feel a bit cautious, but I went ahead and started the job.

As time went on April 15, 2022, at 3pm I found myself in training, but it felt like I was mostly teaching myself when using NYCWAY. Sharon briefly explained what I was supposed to do, but she seemed impatient and didn't give much guidance. During one training session, she indicated some employees “are just chilling”. Meanwhile she instructed me to pay attention to a 3-hour meeting plus self-teach at the same time, even though Sharon had told me to take my time and learn everything properly. It left me confused and discouraged.

Things got even more challenging as time went on. On April 22nd, 2022, after six weeks of training, our access to important systems was completely cut off as your funder database failed. We had to figure things out on our own and rely on just one database (salesforce). Only a few people had working systems, while the rest of us were left struggling. During a meeting to review our progress, Sharon emphasized that everything needed to be done on time. This worried me because I couldn't meet the deadlines if I didn't have access to the necessary resources. It was frustrating and upsetting because there was no action plan in place for timely submitting data in HRA’s (funder) database.

Prior to my 90-day review meeting, she indicated, “Don’t feel that you are next to be fired” as she had announced she had terminated another employee in that specific huddle.
Also, I noticed that she kept putting off my 90-Day review and in our Far Rockaway Office, Shelby Williams, the Operations Specialist, saw a plexi glass slide off my table and immediately told management claiming I had broken it. Sharon had confronted me about this, and I indicated that there was no damage to the company property. Then she finally dropped the issue. I feel that these were calculated actions taken against me to invoke extreme feelings of discomfort enough that I would get fed up and leave the job. This type of behavior was very erratic and bizarre and continued up until my termination.

On the day of my 90-day review, May 5th, 2022, I recall Sharon had invited me to the Jamaica location where the 90 Day review would be conducted. At approximately 3pm I was called into the Orientation Room where we conducted the review, she marked me down on the form “submits work in a timely manner” she gave me a 3/5 score and indicated that it needed improvement even though we had no action plan in place to submit data in on time. Lastly, she had indicated to me verbally that my communication came off as harsh and she came to the deduction that my communication style was due to my Jamaican origin. At 3:47pm the meeting ended, and I felt despondence and disappointment as she came to the assessment that my

non-Jamaican colleague were not able to relate to me or understand me because of my harsh communication.

To make matters worse on May 9th 2022, there was a gas leak near our building, and we had to evacuate, this was immediately after my 90-day review. We all gathered outside, but then the fire department told us to move to a safer location across the street. Shelby and one of the fire fighters onsite had a heated exchange where the firefighter told us that we were much too close to the building and as such I went further down the street to a safer location, where Shelby insisted that we stayed but based on the instruction from the fire chief I had left our designated spot. That's when Shelby made a disrespectful and uncomfortable comment, saying, "You can't tell a Jamaican lady to do anything." It not only showed a lack of respect but also made me feel singled out and excluded. Further solidifying my feelings of isolation from the rest of the Career Compass group. I felt like my voice or opinions did not matter.

There were other instances incidents that affected me emotionally. One of them was involving Shelby who made a comment to the security guard Hyrtecene as I was passing by, saying he had to be nice to me as if it was forced respect he had to show. This made me feel like he didn't genuinely respect me. So, I felt that a narrative was created around my communication style which led the employees around me to outrightly show me a lack of respect for me as an employee and as a person. I can recall the Security guard and maintenance worker making jokes about me, they would ask me in a mocking tone, ‘Where are you going to get lunch Derri-ann, Golden Krust (Jamaican restaurant located near office)?”. This made me feel very comfortable, I felt like I was being taken for a mockery.

Overall, my experience in this job has been filled with mixed emotions. From the initial uncertainty caused by Sharon's comment to the confusing training, uncomfortable encounters, and difficult work situations, I have felt a range of emotions including caution, confusion, discomfort, frustration, and isolation. There were many instances Sharon would invite me to the Career Compass Jamaica location, my home office was the Far Rockaway location. Sharon had indicated she wanted to check-in with me in person more than usual. I noticed that other employees were not subjected to frequent the Jamaica location as often as I would, the check in meetings were generally conducted over Teams due to COVID restrictions. Additionally, meetings would last an unusual amount of time, sometimes 2-3 hours.

On May 5th, 2022, I made an honest mistake. I had two clients named Robert, and one of them returned my call and indicated an interest in services. I sent out a confirmation email to client where he replied to the email with the other Robert’s last name, so I went ahead and entered the service plan in the funder database. When I realized the error, I informed my manager because I wanted to be honest about it, especially since I was still new. However, Sharon, the director, tried to make me cover up the mistake. She rudely told me to fix it and do what she said. She even asked me to call her off the clock to discuss a lie and cover-up, which left me confused and uncomfortable. It was disheartening to be put in such a difficult situation. She indicated her coverup as she had removed the service plan from the system as the client was undergoing pain management. Sharon instructed me to coerce the client as much as possible into signing up for services instead of ethically correcting the matter. She instructed me to call back the client multiple times to try. I was extremely uncomfortable with this. I felt as though she

wanted me to follow her instruction blindly even if it meant compromising my morals. This left me feeling completely shattered and undermined.




On May 9th, 2022, we had a morning meeting about a small error I made on an assignment. I accidentally used an "X" instead of a "C" in a spelling noted in NYCWAY, the code should have read 1GXC, but I noted 1GCC. What made it worse was that after the meeting, I continued to be harassed about completing certain assignments within a specific timeframe, even though the database was still down, and others weren't facing the same pressure.

These incidents left me with a mix of emotions, including frustration, confusion, discomfort, disappointment, and a sense of being treated unfairly. It was challenging to navigate through these experiences and maintain my morale in such a difficult work environment.

Things took another negative turn when Sharon, in front of everyone during a morning meeting, randomly stated that I might be the next one to be fired. I was completely confused by this comment and couldn't understand where it came from. This action seemed to set a negative tone among my colleagues, Crystal Torres, as one of them started taking my drinks from the break room without permission, despite my repeated requests for her to stop. It felt like my concerns were being ignored, which added to the growing stress.

To make matters worse, the operations manager, Khalilah Ciceron began singling me out and nitpicked my emails I sent regarding certain situations and other general matters. She blatantly stated to me if I want to keep my job, I need to watch how I send emails to others in the company. I couldn't help but wonder why management was constantly attacking and harassing

me for the minutest of things. It was becoming increasingly overwhelming and I genuinely felt concerned about the situation.

Additionally, I was admonished due to my Zoom screen name, my first and last name weren't being displayed, while others seemed to have more relaxed standards. I started questioning why I was constantly targeted for the smallest things possible. It was taking a toll on my mental well-being and the constant pressure created an environment where I felt like I was constantly walking on eggshells.

Despite the challenges, I joined the leadership development program GLDI because I believed in my strong work ethic and my excellent handling of contracts. I was superseding organizational goals where on average I completed 60 Service plans within a 2-month period, where the expected average for the month was 8. My goal was to complete the yearlong management program expected to end December 2023.

All these experiences left me feeling overwhelmed, stressed, confused, and constantly on edge. It was disheartening to face sexism, unprofessional behavior, unfair criticism, and a lack of support within the workplace. I just wanted a positive and respectful environment where I could focus on my job without constantly feeling targeted.

Throughout my time at work, I experienced various situations that had a significant impact on my emotions. One of the most distressing things was the way Shelby would send me emails in an aggressive tone, using all caps and showing a lack of respect. It made me feel belittled and frustrated, as if I couldn't escape the negativity.

Another issue I faced was with my strategic manager, who seemed determined to hold me back and make me work longer hours on Summer Fridays. While others got to leave at 1 PM, I was always expected to stay until 3 PM to finish my tasks, even though they hadn't completed their calling list. This pattern continued consistently throughout the summer months, adding to my feelings of being unfairly treated.

On September 19th, 2022, management called a meeting with me regarding an email I had sent. In that email, I had politely asked for their patience and explained that I would complete the task they requested after finishing with a client. However, they accused me of being rude, even though I genuinely didn't intend it that way. They criticized my communication style and told me to improve it. It left me feeling defeated and drained, as I had offered a respectful alternative but was dismissed and told not to question their methods. To keep my job, they made it clear that I needed to change the way I spoke and be less cold. I tried my best to lay low and navigate through this challenging environment because I relied on my job for income and had hopes of joining the leadership program offered by the company which would ultimately jumpstart my career.

In October 2022, I faced another hurdle when I had limited access to printing. When I raised this issue, I was simply told to figure it out on my own, which left me feeling helpless and unsupported. Sharon said very clearly that this problem was with me, and I did not have control over my ability to print-to-PDF successfully.

In December 2022, I unfortunately contracted COVID-19 and became extremely sick. Despite my condition, Sharon constantly bothered me about calling HR to submit my COVID results and displayed a dismissive attitude. I took a rapid PCR, and it indicated that I was positive for COVID 19, I felt awful and I indicated that. She said to me the PCR was not enough I needed to go to the doctor to obtain a positive test from the office, while still expected to work, I followed suit. I recall I was running a fever of 102 F and she tried to ask me if I wanted to work remotely for the 10-day COVID rest period in which HR had approved. Even when I was dreadfully ill with COVID-19, Khalilah accused me of being late with my work and services. There was absolutely no support or regard for my wellbeing. It was incredibly frustrating and showed a lack of empathy and understanding.

After recovering from COVID-19, I found myself in ongoing meetings with Sharon where I felt bombarded. These meetings were not scheduled, and it would just drag on with no specific reason or purpose. It was a constant source of distress, and I felt like I had no choice but to endure it. Over the past few months, I tried my best to stay positive and keep my head down, but the harassment and mistreatment persisted. I felt like I had a target on my back, which made me question whether I wanted to continue working in such an environment. However, I felt trapped because this job was my main source of income, and I couldn't simply leave without a backup plan.

On March 5th, 2023, I informed Sharon that I needed bereavement time, but they only allowed me three days. Sharon even suggested that I take half bereavement days. This added to my emotional burden, as I needed more time to grieve and process the loss.

During this time, I was subjected to the following circumstances in the office. I witnessed and was included in a conversation between Crystal and Shelby where Shelby made mention of his time he spent in Dominican Republic and his apartment he had prior to him getting married. Crystal Torres entertained this conversation; however, I was not comfortable with the details he shared with us. I remained silent for the conversation, and I was still recovering from the loss I had just experienced. So, on top of having little time for bereavement I was subjected to an exchange as this one.

Overall, these experiences at work left me feeling frustrated, defeated, drained, and trapped. The constant negativity, lack of support, and unfair treatment took a toll on my well-being. I yearned for a more respectful and understanding work environment, but the circumstances made it difficult for me to find an immediate solution.

In April of 2023, I had a three-hour meeting with Sharon. During the meeting, she unexpectedly shared with me that one of her past employees was a survivor of domestic violence. I don't understand why she felt the need to tell me that, and it left me feeling confused and uneasy, then Sharon came up to me and tried to hug me, using affectionate terms like "baby" and saying she could help me get a better position. I felt uncomfortable leading me to dismiss her, and I noticed that her behavior towards me intensified afterwards and became worse than ever before.

For the past six months, the strategic operations manager, Khalilah, has been consistently assigning me non-working service calls, while everyone else has had less instances of numbers being out of service. This has been a source of frustration for me, so I decided to have a meeting to discuss this issue. Unfortunately, my concerns were completely disregarded, and instead of investigating the problem, I was simply told that I was mistaken. It was disheartening to be dismissed and not taken seriously and I would soon learn that this dismissiveness would be experienced with the Director of HR, Toni. This meeting was recorded and submitted**.

On May 1st I experienced an intense HR meeting where Sharon and Toni were present. More details are available in the response document submitted**.

On May 2nd, 2023, I arrived to work at 10 am because I had a doctor's appointment for my back. (Sharon and I had a prior discussion about my anticipated appointments. In January I submitted a doctor's note for my back, and she indicated once I had the time off available, I could submit the hours as needed. She also indicated that there was no need for me to submit any further doctor's note). As I walked to my workstation, I realized that no one spoke to me at all. When I noticed that I couldn't access my system, I reached out to Khalilah and Sharon. I was left feeling confused and worried, so I sent an email seeking clarification on why my access was revoked.

To my surprise, I received a write-up stating that I had left for an hour during my lunch break for a home emergency, which I needed to attend to. Another write-up accused me of slamming a door and making a face. It felt incredibly unfair and unjust to be penalized for fabricated stories from Shelby and Sharon.

I questioned why I was being written up for things like slamming doors, which I didn't do. Their response was that I was not following the policy because I needed to inform them of my whereabouts. The conversation turned into a 45-minute session of being yelled at on May 1st, which left me even more distressed. Feeling frustrated and seeking resolution, I decided to call the whistleblower hotline. I spoke with someone and provided them with all the information about the incidents I wanted to report.

When it was time to go home, I felt emotionally drained and overwhelmed. I simply couldn't bear to continue working in such a toxic environment. It had taken a toll on my mental health, and I found myself sinking into a deep depression.

I finally reached my breaking point and on May 5th I called out of work, and I headed to the EEOC office for assistance because I knew that the treatment, I had endured was not okay or ethical. I requested to pause all IT action before Grant Associates could remove or cover up what they were doing. As I suspected what they would try to do.

The emotional strain, the disregard for my concerns, the unjust write-ups, the sudden revocation of my access, and the harassment that forced me to call the whistleblower hotline have all contributed to an extremely detrimental experience. Not-to-mention the aftereffects of this termination. The GLDI program in which I would have successfully completed now would have jump started my career. By undergoing this job loss and losing out on a promotion to Operations

Manager valued at 90,000 – 100,000 a year would have improved my quality of life tremendously and because of the actions of Grant Associates I suffered a great loss.

Crafting this statement took a great emotional toll on me and I have not yet fully recovered from this travesty of an ordeal. I found in these past months I was unable to function as I normally would. I have been experiencing extreme levels of hopelessness, sadness, and disappointment. I have not yet grappled with the reality of what happened, I am still in disbelief. My 5-year plan for myself has been completed uprooted and discarded. I have experienced medical loss, suffrage, and a financial downturn. Some days I can only do the bare minimum as I have neglected many aspects of selfcare and due to my feelings of loss and reduced self-confidence I have yet to figure a way forward from this situation.

I feel that this situation will impact me over a 5-year period as the GLDI management program would have enabled me to move into different management opportunities without this completed program or recommendation from the program this has placed me back at sourcing or finding entry level opportunities below what I have worked for at Grant Associates and they should be held accountable for this as it is not fair to me, my work ethic and the value I could added to the company or elsewhere. By being out of work for 6 months this has set me back and I am quite disappointed by this as I had hopes of returning to school to further my education and quality of life.

I firmly believe that the company should be held accountable for allowing such conditions to persist, which greatly affected my mental health and overall quality of life. A fair resolution would involve providing monetary compensation as a recognition of the emotional suffering, stress, and depression I endured due to their actions and negligence.

I hope that by voicing my concerns, the company will not only acknowledge the harm inflicted upon me but also take measures to prevent such mistreatment from happening to others in the future. It is crucial for workplaces to prioritize the well-being and dignity of their employees, fostering a culture of respect and support being free from discrimination.

Thank you for giving me the opportunity to express my concerns and share my experiences. It means a lot to have a platform where I can voice the difficulties I faced in that toxic work environment. I hope that my account sheds light on the need for change and prompts a thorough examination of the workplace practices.

Once again, I appreciate your attention to this matter and look forward to discussing a resolution that acknowledges the impact on my well-being and helps prevent similar situations for others in the future.